IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS OLIVER TURNER, 1473087, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:09-CV-0031-K |
| | ) | (Consolidated with |
| RICK THALER, Director, Texas | ) | 3:09-CV-0032-K |
| Dept. Of Criminal Justice, Correctional | ) | 3:09-CV-0043-K) |
| Institutions Division, | ) | |
| Respondent. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Petitioner filed objections on June 21, 2011, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed this 29th day of June, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE